JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALVE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>NEUSCHMID, Warden,<br><br>　　　　Respondent. | Case No. 2:21-cv-08316-CAS (AFM)<br><br>**JUDGMENT** |

　　In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herein,

　　IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: November 4, 2021

　　　　　　　　　　　　　　　　　　　　　　／s／ Christina A. Snyder
　　　　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE